# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **PABLO VILLASENOR-OCHOA**, <br><br> Defendant. | Case No. 3:26-mj-00100-SI <br><br> **ORDER FOR CONTINUATION OF DETENTION** |

**Michael H. Simon, District Judge.**

Defendant having previously been ordered detained, IT IS ORDERED that the previous Order of Detention is continued, and the Defendant is remanded to the custody of the United States Marshals pending further proceedings or order of the Court.

DATED this 12th day of May, 2026.

_____
Michael H. Simon
United States District Judge

PAGE 1 – ORDER FOR CONTINUATION OF DETENTION