Robert Hamilton, OSB No. 012730
Assistant Federal Public Defender
Email: robert_hamilton@fd.org
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-mj-00100-1 |
| Plaintiff, | |
| | FRAP 9(a) APPEAL |
| v. | |
| PABLO VILLASENOR-OCHOA, | |
| Defendant. | |

Defendant, Pablo Villasenor-Ochoa, hereby gives notice that he appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order revoking the magistrate judge's Order releasing defendant on conditions on May 11, 2026.

- Bail status: In custody
- Transcripts are required and will be ordered.
- Expedited appeal requested.

Respectfully submitted on May 20, 2026.

/s/ Robert Hamilton
Robert Hamilton, OSB No. 012730

Page 1 FRAP 9(a) APPEAL